TO: The clerk, of the court          Sept 21, 2015
MR. abel, acosta

FROM: MR. ORVIS WAYNE PORTER
#0151565                    BIRTH 4/24/74
JACK, HARWELL JAIL
3101 E. MARLIN HWY
WACO, TEXAS 76705
          W10-24557-J (C)

Could you please tell me if the
court have rule on my 11.07
thank you! OR the court date.

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 23 2015

Abel Acosta, Clerk